UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MARVIN CLARK, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO: 7:12-cv-00566 |
| NEW ENGLAND COMPOUNDING PHARMACY, INC., d/b/a NEW ENGLAND COMPOUNDING CENTER, | ) |
| and | ) |
| IMAGE GUIDED PAIN MANAGEMENT, P.C., d/b/a INSIGHT IMAGING - ROANOKE, | ) |
| Defendants. | ) |

## NOTICE OF STAY BY REASON OF BANKRUPTCY

The defendant, New England Compounding Pharmacy, Inc. d/b/a New England Compounding Center ("NECC"), hereby notifies the Court that NECC filed a voluntary petition under Chapter 11 of Title 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Massachusetts (Eastern Division) No. 12-19882-HJB.  Pursuant to 11 U.S.C. § 362(a) all actions against NECC are stayed.

Respectfully submitted,
Defendant New England Compounding Pharmacy, Inc.
By its Attorneys,

 /s/
Rebecca S. Herbig
Bowman and Brooke LLP
1111 East Main Street, Suite 2100
Richmond, VA  23219
Telephone:  804.649.8200
Facsimile:  804.649.1762
E-mail:  rebecca.herbig@bowmanandbrooke.com

Date:   December 26, 2012

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of foregoing Notice of Stay by Reason of Bankruptcy was filed via CM/ECF on this 26th day of December, 2012, which will send a Notice of Electronic Filing (NEF) to the following:

> Patrick T. Fennell, Esq. (VSB No.: 40393)
> Crandall & Katt
> 366 Elm Avenue, S.W.
> Roanoke, Virginia 24016
> Telephone:   (540) 342-2000
> Facsimile:   (540) 400-0616
> *Counsel for Plaintiff*

>   /s/
> Rebecca S. Herbig (VSB No. 65548)
> BOWMAN AND BROOKE LLP
> 1111 East Main Street, Suite 2100
> Richmond, VA  23219
> Telephone:   804.649.8200
> Facsimile:   804.649.1762
> rebecca.herbig@bowmanandbrooke.com
> *Counsel for New England Compounding*
> *Pharmacy, Inc., d/b/a New England*
> *Compounding Center*