CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 28 2012

JULIA C. DUDLEY, CLERK
BY: /s/ 
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MARVIN CLARK, | Civil Action No. 7:12-cv-566 |
| Plaintiff, | |
| v. | ORDER |
| NEW ENGLAND COMPOUNDING PHARMACY, INC., *et al.*, | The Honorable James C. Turk<br>Senior United States District Judge |
| Defendants. | |

On December 26, 2012, defendant, New England Compounding Pharmacy, Inc., filed a formal notice that it has filed a voluntary petition under Chapter 11 of Title 11 of the United States Bankruptcy Code. Accordingly, pursuant to 11 U.S.C. § 362(a), it is hereby

**ORDERED**

that this action is **STAYED** as to New England Compounding Pharmacy, Inc., *nunc pro tunc* as of the date of the filing of the bankruptcy petition, until such time as the bankruptcy matter has been resolved.

The Clerk is directed to send copies of this Order to all counsel of record.

ENTER: This 28th day of December, 2012.

/s/ James C. Turk
The Honorable James C. Turk
Senior United States District Judge