UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 0 1 2013

JULI ... , CLERK
BY: /s/
    DEPUTY CLERK

| | |
|---|---|
| MARVIN CLARK, | ) |
| Plaintiff | ) ) ) Civil Action No. |
| v. | ) 7:12CV00566 |
| NEW ENGLAND COMPOUNDING PHARMACY, INC., *doing business as* New England Compounding Center, | ) ) N O T I C E ) ) ) |
| Defendants. | ) ) ) |

**TAKE NOTICE** that the proceeding in the above-styled case has been scheduled as indicated below:

| Type of Proceeding: | Hearing on Motion to Dismiss for Lack of Jurisdiction | |
|---|---|---|
| **Place** U.S. District Court 246 Franklin Rd., S.W. Roanoke, VA 24011-2214 | **Date and Time Scheduled** Monday, March 25, 2013, beginning at 10:30 A.M. | **Date and Time Continued to** |

James C. Turk,
Senior U.S. District Judge

By: s/Shirley Simpson,
JUDICIAL ASSISTANT

Dated: March 1, 2013

cc:  Mr. Patrick T. Fennell
     Mrs. Rebecca S. Herbig
     Mr. Michael P. Gardner
     Ms. Nancy F. Reynolds
     Clerk's Office – Roanoke, Va.