CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 01 2013

JULIA C. DUDLEY, CLERK
BY: /s/ 
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC.,
PRODUCTS LIABILITY LITIGATION, MDL No. 2419

MARVIN CLARK,                        )
                                     )
           Plaintiff(s)              )
                                     )
v.                                   )   Civil Action No. 7:12CV566
                                     )
NEW ENGLAND COMPOUNDING              )
PHARMACY, INC., et al.,              )
                                     )
           Defendant(s).             )

## TRANSFER ORDER

The Judicial Panel on Multidistrict Litigation entered Conditional Transfer Order No. CTO-1 pursuant to 28 U.S.C. § 1407 on 2/14/2013, transferring the above listed civil action to the United States District Court for the Massachusetts, and assigning it to the Honorable F. Dennis Saylor, for coordinated or consolidated pretrial proceedings with like actions previously transferred to that district.

Pursuant to that Order, this case is hereby

ORDERED

transferred to the United States District Court for the Massachusetts to the Honorable F. Dennis Saylor.

ENTERED: April 1, 2013.

/s/ James C. Turk
Senior United States District Judge